**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                              **Chapter 13**
    **TYRONE C MOORE**

    **Case No.19-13545-AMC**

        **Debtor**

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

Respectfully submitted,

Date: June 04, 2024                    By:    */s/ Kenneth E. West*

    Kenneth E. West, Esquire, Chapter 13 Trustee
    P.O. Box 40837
    Philadelphia, PA  19107
    (215) 627-1377 (Phone)